**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sheena Napper-Taylor                                    CHAPTER 13
                    Debtor(s)

                                                                                BKY. NO. 18-18161 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                      Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
28 Apr 2021, 16:17:00, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322