**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Chapter 13

SHEENA NAPPER-TAYLOR

Debtor                                                                                   Case No.:  18-18161

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY
FILED BY PNC BANK, NA**

Debtor-Respondent, Sheena Napper-Taylor (hereafter :Debtor") responds to the Motion of PNC Bank for Relief from the Automatic Stay, as follows:

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor has remitted all post-petition payments.  Proof of payment to be provided.

7. Denied.

8. Denied.

9. Denied.

10. Admitted

WHEREFORE, Debtor respectfully requests an Order denying PNC Bank's Motion For Relief from the Automatic Stay.

Date: May 12, 2021

BY: /s/ Vladislav Kachka
VLADISLAV KACHKA, EQUIRE
SPEAR WILDERMAN, P.C.
230 S. Broad Street, 14th Floor
Philadelphia, PA  19102
(215) 732-0101
(215) 7342-7790 (fax)
vkachka@spearwilderman.com
Attorney for Debtor