**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                Chapter 13

SHENNA NAPPER-TAYLOR

Debtor                           Case No.: 18-18161

**CERTIFICATE OF SERVICE**

I, VLADISLAV KACHKA, Attorney for Debtor, hereby certify that on the 12th day of May, 2021, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay of PNC Bank on the following individuals.:

| | |
|---|---|
| William C. Miller, Esquire | Rebecca A Solarz, Esquire |
| Chapter 13 Standing Trustee | KML Law |
| 1234 Market Street | 701 Market Street, Ste. 5000 |
| Philadelphia, PA  19107 | Philadelphia, PA  19106 |

Date: May 12, 2021

                                    BY:/s/ Vladislav Kachka
                                        VLADISLAV KACHKA, EQUIRE
                                        SPEAR WILDERMAN, P.C.
                                        230 S. Broad Street, 14th Floor
                                        Philadelphia, PA  19102
                                        (215) 732-0101
                                        (215) 7342-7790 (fax)
                                        vkachka@spearwilderman.com
                                        Attorney for Debtor