# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**SHEENA NAPPER-TAYLOR**

                                      **Chapter 13**

**Debtor**                                 **Case No. 18-18161**

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

      Kindly withdraw my appearance on behalf of Sheena Napper-Taylor in the above referenced Chapter 13 case.

                                      BY: /s/  Vladislav Kachka
                                              VLADISLAV KACHKA, ESQUIRE
                                              SPEAR WILDERMAN, P.C.
                                              230 S. Broad Street, Ste. 1400
                                              Philadelphia, PA  19102
                                              (215) 732-0101
                                              (215) 732-7790
                                              vkachka@spearwilderman.com

      Kindly enter my appearance on behalf of Shenna Napper-Taylor in the above referenced Chapter 13 case.

                                              BY:/s/ Ashley M. Sullivan
                                              ASHLEY M. SULIVAN, ESQUIRE
                                              SPEAR WILDERMAN, P.C.
                                              230 S. Broad Street, Ste. 1400
                                              Philadelphia, PA  19102
                                              (215) 732-0101
                                              (215) 732-7790
                                              asullivan@spearwilderman. com