# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**SHEENA NAPPER-TAYLOR**

**Chapter 13**

**Debtor**                                             **Case No. 18-18161**

---

## WITHDRAW OF APPEARANCE

To the Clerk:

Kindly withdraw my appearance on behalf of Sheena Napper-Taylor in the above referenced Chapter 13 case.


BY:/s/ Ashley M. Sullivan
ASHLEY M. SULIVAN, ESQUIRE
SPEAR WILDERMAN, P.C.
230 S. Broad Street, Ste. 1400
Philadelphia, PA  19102
(215) 732-0101
(215) 732-7790
asullivan@spearwilderman. com