B283  (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

_____EASTERN_____ District Of __PENNSYLVANIA__

In re  __Sheena Napper-Taylor__          Case No. __18-18161-mdc__
             Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: __6735 Lynford St, Philadelphia PA, 19149__

My current employer and my employer's address: __Philadelphia Sheriff's Office: 100 S Broad St, Philadelphia PA 19110__

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☒  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

---

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV.  Debtor's Signature*

        I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  5/27/2022
        Date

*Sheena Napper-Taylor*
ID Nt1Y8wE8wj6vV5jZHnT3GuKz
        Debtor

## eSignature Details

**Signer ID:**     **Nt1Y8wE8wj6vV5jZHnT3GuKz**
Signed by:         Sheena Napper-Taylor
Sent to email:     sheenanappertaylor@gmail.com
IP Address:        172.58.206.222
Signed at:         May 27 2022, 11:06 am EDT