United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-18161-mdc

Sheena Napper-Taylor                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                               Page 1 of 2

Date Rcvd: May 27, 2022                     Form ID: 138OBJ                           Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheena Napper-Taylor, 6735 Lynford Street, Philadelphia, PA 19149-2127 |
| 14244578 | + | CITI BANK, 2365 NORTHSIDE DR 300, San Diego, CA 92108-2710 |
| 14244577 | + | CITI BANK, PO BOX 1269, Greenville, SC 29602-1269 |
| 14244579 | + | DELAWARE TITLE LOANS, 115 NAAMANS RD, Claymont, DE 19703-2713 |
| 14267655 | + | Delaware Title Loans, Inc., c/o Bankruptcy/Legal Department, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350-2550 |
| 14244580 | + | KIA MOTOR FINANCE, 10550 TALBERT AVE,, Fountain Valley, CA 92708-6031 |
| 14603441 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14258137 | | PNC Bank, National Association, c/o Thomas Song, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14244582 | + | SPRINT, 10550 DEERWOOD PARK BLVD, Jacksonville, FL 32256-0596 |
| 14244584 | + | VERIZON FIOS, PO BOX 1259 DEPT 93305, Oaks, PA 19456-1259 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14336734 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 27 2022 23:59:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 14244575 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2022 00:00:43 | CAITAL ONE, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 14244576 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2022 00:00:42 | CAPITAL ONE, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 14336793 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14252002 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2022 00:00:40 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14249434 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 27 2022 23:59:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14244580 | ^ | MEBN | May 28 2022 00:03:09 | KIA MOTOR FINANCE, 10550 TALBERT AVE,, Fountain Valley, CA 92708-6031 |
| 14252444 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2022 00:00:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14256879 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2022 23:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 27, 2022 | Form ID: 138OBJ | Total Noticed: 26

| | | | 48090-2011 |
|---|---|---|---|
| 14244581 | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2022 23:59:00 | PNC BANK, PO BOX 1820, Dayton, OH 45401-1820 |
| 14265427 | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2022 23:59:00 | PNC BANK, N.A., Attention: Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14245102 | + Email/PDF: rmscedi@recoverycorp.com | May 28 2022 00:00:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14263354 | Email/PDF: ais.sprint.ebn@aisinfo.com | May 28 2022 00:00:38 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14244583 | + Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:40 | SYNCB / WALMART, PO BOX 965015, Orlando, FL 32896-5015 |
| 14245968 | + Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2022           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRUCE J. TRAWICK | on behalf of Debtor Sheena Napper-Taylor brucejitzi@gmail.com  srowe@dc33lsp.org;r56186@notify.bestcase.com |
| HENRY ALAN JEFFERSON | on behalf of Debtor Sheena Napper-Taylor HJefferson@DC33LSP.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Sheena Napper−Taylor

          Debtor(s)

Case No: 18−18161−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/27/22