*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                           : Chapter 13

Sheena Napper–Taylor                                                      : Case No. 18–18161–mdc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , 13th of September 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                               By The Court

                                               Magdeline D. Coleman
                                               Chief Judge , United States Bankruptcy Court