**Fill in this information to identify the case:**

Debtor 1: Sheena Napper-Taylor

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 18-18161     MDC

---

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 7 7 8 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2022

**New total payment:** $ 822.79
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 308.91     New escrow payment: $ 311.97

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1   Sheena Napper-Taylor
          First Name   Middle Name   Last Name

Case number (*if known*) 18-18161

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Marika Dienes
Signature

Date 11/26/2021

Print: Marika Dienes
       First Name   Middle Name   Last Name

Title: Bankruptcy Specialist

Company: PNC Bank, N.A.

Address: 3232 Newmark Drive
         Number       Street

Miamisburg       OH       45342
City             State    ZIP Code

Contact phone: 866-754-0659

Email: bankruptcy@pnc.com



P.O. Box 1820
Dayton, OH 45401-1820
Website: pnc.com/mortgagecustomercare
Customer Care Center: 1-877-526-3603

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

**LOAN NUMBER:**

**DATE:**  November 08, 2021

PROPERTY ADDRESS:
6735 LYNFORD STREET
PHILADELPHIA, PA 19149

SHEENA S NAPPER-TAYLOR
6735 LYNFORD ST
PHILADELPHIA PA  19149-2127

| CURRENT MONTHLY MORTGAGE PAYMENT | |
|---|---|
| Principal & Interest | 510.82 |
| Escrow | 308.91 |
| Total Payment | 819.73 |




| NEW PAYMENT INFORMATION | |
|---|---|
| Principal & Interest | 510.82 |
| Escrow | 311.97 |
| Total Payment | **822.79** |
| New Payment Effective Date | 01/01/22 |

## COMING YEAR ESCROW PROJECTION

This statement provides a detailed summary of activity related to your escrow account.  PNC Bank maintains your escrow account to pay such items as property taxes, insurance premiums, and mortgage insurance.

This section lists a 12-month running escrow balance to determine the appropriate target balance and to determine if a shortage or surplus exists.  This is a projection of the anticipated activity in your escrow account for the coming 12 months.

| ANTICIPATED ESCROW DISBURSEMENT | |
|---|---|
| MORTGAGE INS | $825.48 |
| CITY TAX | $1,898.13 |
| HAZARD INS | $1,020.00 |
| TOTAL DISBURSEMENTS | $3,743.61 |
| DIVIDED BY 12 MONTHS | |
| MONTHLY ESCROW DEPOSIT | $311.97 |

| CALCULATION OF ESCROW ADJUSTMENT | |
|---|---|
| BEGINNING PROJECTED BALANCE | $1,662.57 |
| BEGINNING REQUIRED BALANCE | $1,702.23 |
| ESCROW SURPLUS | **$192.47** |

The required minimum balance allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless your mortgage document or state law specifies a lower amount.

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | 1,662.57 | 1,702.23 |
| January | 311.97 | FHA/RBP | 68.79 | 1,905.75 | 1,945.41 |
| February | 311.97 | FHA/RBP | 68.79 | 2,148.93 | 2,188.59 |
| March | 311.97 | FHA/RBP | 68.79 | 2,392.11 | 2,431.77 |
| March | | CITY TAX | 1,898.13 | 493.98 | 533.64 |
| April | 311.97 | FHA/RBP | 68.79 | 737.16 | 776.82 |
| May | 311.97 | FHA/RBP | 68.79 | 980.34 | 1,020.00 |
| June | 311.97 | FHA/RBP | 68.79 | 1,223.52 | 1,263.18 |
| July | 311.97 | FHA/RBP | 68.79 | 1,466.70 | 1,506.36 |
| July | | HAZARD INS | 1,020.00 | 446.70 * | 486.36 ** |
| August | 311.97 | FHA/RBP | 68.79 | 689.88 | 729.54 |
| September | 311.97 | FHA/RBP | 68.79 | 933.06 | 972.72 |
| October | 311.97 | FHA/RBP | 68.79 | 1,176.24 | 1,215.90 |
| November | 311.97 | FHA/RBP | 68.79 | 1,419.42 | 1,459.08 |
| December | 311.97 | FHA/RBP | 68.79 | 1,662.60 | 1,702.26 |

\* The projected escrow balance at the low point.
\*\* The lowest balance the escrow account should attain during the projected period.

**MORE INFORMATION ON REVERSE SIDE**

## IMPORTANT MESSAGES

Make your check, money order or cashier's check payable to PNC Bank. All Payments must be funds from a U.S. Bank Account and are subject to PNC's acceptance. **Do NOT send cash by mail.**

We understand that you have filed for bankruptcy and have not yet received a discharge. None of the information requested in this statement will be used for the collection of any debts or for purposes prohibited by the Bankruptcy Code or other applicable Federal or state law.

---

**INTERNET REPRINT**



Your escrow account has a surplus balance of $192.47.  Due to the past due status of your loan, these funds are being retained in your escrow account.  Once your loan status is current, you may contact Customer Service about your refund.

# ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER: ███████                                                                                           DATE:  November 8, 2021

Your projected escrow balance as of 12/31/21 is 1,662.57. Your required escrow balance, according to this analysis, should be 1,702.23. This means you have a surplus balance of $192.47. If a refund check was issued at the time of the analysis, the check is attached to the bottom of this form.

Once during this analysis period, your required escrow balance should be reduced to a target balance of $486.36, as it does in July. Under Federal law, your target balance should not exceed an amount equal to two months of escrow payments for taxes and insurance, unless your mortgage document or state law specifies a lower amount.

## Projected Activity from the Previous Analysis

This is a projection of the activity for your escrow account from the Previous Analysis.  This projection was based on the disbursements anticipated to be made from your escrow account. Compare this projection to the actual escrow activity in the Account History (summarized below).

The escrow payment in this projection may not equal the escrow payment in the Account History if an adjustment was made to collect a shortage or refund a surplus.

Adjustments to the payment and differences between the anticipated and actual disbursements may prevent the actual balance from reaching the projected low escrow balance.

| Date  | Description       | Payments | Disbursements | Balance    |
|-------|-------------------|----------|---------------|------------|
|       | BEGINNING BALANCE |          |               | 476.84     |
| 03/21 | FHA/RBP           | 308.91   | 70.48         | 715.27     |
| 04/21 | FHA/RBP           | 308.91   | 70.48         | 953.70     |
| 05/21 | FHA/RBP           | 308.91   | 70.48         | 1,192.13   |
| 06/21 | FHA/RBP           | 308.91   | 70.48         | 1,430.56   |
| 07/21 | FHA/RBP           | 308.91   | 70.48         | 1,668.99   |
| 07/21 | HAZARD INS        |          | 982.00        | 686.99     |
| 08/21 | FHA/RBP           | 308.91   | 70.48         | 925.42     |
| 09/21 | FHA/RBP           | 308.91   | 70.48         | 1,163.85   |
| 10/21 | FHA/RBP           | 308.91   | 70.48         | 1,402.28   |
| 11/21 | FHA/RBP           | 308.91   | 70.48         | 1,640.71   |
| 12/21 | FHA/RBP           | 308.91   | 70.48         | 1,879.14   |
| 01/22 | FHA/RBP           | 308.91   | 70.48         | 2,117.57   |
| 02/22 | FHA/RBP           | 308.91   | 70.48         | 2,356.00   |
| 02/22 | CITY TAX          |          | 1,879.14      | 476.86 **  |
| TOTAL |                   | 3,706.92 | 3,706.90      |            |

## Account History

This is a statement of actual escrow account activity from January 2021 through December 2021.  Compare it to the Projected Activity from the Previous Analysis which appears above the Account History.

Your total mortgage payment during the past year was $819.73 of which $510.82 was your Principal and Interest payment and $308.91 was your escrow payment.

| Date  | Description       | Payments  | Disbursements | Balance    |
|-------|-------------------|-----------|---------------|------------|
|       | BEGINNING BALANCE |           |               | -2,664.60  |
| 01/21 |                   | 302.77    |               | -998.76    |
| 02/21 | FHA/RBP           | 302.77    | 70.48         | -766.47    |
| 02/21 | CITY TAX          |           | 1,898.13      | -2,664.60  |
| 03/21 | FHA/RBP           |           | 70.48 *       | -2,735.08  |
| 04/21 |                   | 1,676.45  | *             | -1,058.63  |
| 04/21 | FHA/RBP           |           | 70.48 *       | -1,129.11  |
| 05/21 |                   | 522.19    | *             | -606.92    |
| 05/21 | FHA/RBP           |           | 70.48 *       | -677.40    |
| 06/21 | FHA/RBP           |           | 70.48 *       | -747.88    |
| 06/21 | HAZARD INS        |           | 1,020.00 *    | -1,767.88  |
| 07/21 | FHA/RBP           |           | 70.48 *       | -1,838.36  |
| 08/21 | FHA/RBP           | 1,566.56  | 70.48         | -342.28    |
| 09/21 |                   | 308.91    | *             | -33.37     |
| 09/21 | FHA/RBP           |           | 68.79 *       | -102.16    |
| 10/21 |                   | 1,044.37  | *             | 942.21     |
| 10/21 | FHA/RBP           |           | 68.79 *       | 873.42     |
| 11/21 |                   | 617.82 e  | *             | 1,491.24   |
| 11/21 | FHA/RBP           |           | 68.79 *       | 1,422.45   |
| 12/21 | FHA/RBP           | 308.91 e  | 68.79 *e      | 1,662.57   |
| TOTAL |                   | 6,650.75  | 3,686.65      |            |

\* Indicates a difference from projected activity either in the amount or the date.

\*\* Required minimum escrow balance.

"e" Indicates estimates for future payments or disbursements.

If you have any questions about this analysis statement, please visit us at pnc.com/mortgagecustomercare to send us an email, write to us at PNC Bank; Attention:  Customer Service Research; B6-YM07-01-7, PO Box 1820; Dayton, OH  45401 or call our Customer Service Department toll free number 1-877-526-3603.

## Disclosure on Cancellation of Mortgage Insurance Premium (MIP)

You may have the option to cancel annual MIP in advance of the projected amortization date by making additional payments of Mortgage principal. To inquire about loan qualifications for early termination of MIP, send in a written request to the address listed below, or contact Customer Service.

  Call Customer Service at **1-800-822-5626**, Monday - Thursday, 8:00 a.m. - 9:00 p.m., Friday, 8:00 a.m. - 5:00 p.m. ET and Saturday, 9:00 a.m. - 2:00 p.m.

Or

  Send a written request to the address on the statement
PNC Bank
P.O. Box 8736
ATTN: Mortgage Insurance Department B6-YM13-01-5
Dayton, Ohio 45401-8736.

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| IN RE: Sheena Napper-Taylor | Case No. 18-18161 |
| | Judge    Magdeline D. Coleman |
| | Chapter  13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 11/26/2021 , a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: ASHLEY M. SULLIVAN
Trustee:  KENNETH E. WEST
Office of the United States Trustee

Further, I certify that, on 11/26/2021 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Sheena Napper-Taylor          6735 Lynford Street
                              Philadelphia, PA 19149

By: /s/ Marika Dienes
Marika DIenes
PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342
866-754-0659